UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>**Plaintiff.** )<br>vs. )<br>)<br>**CHARLES FLEMING** )<br>)<br>**Defendant.** )<br>) | **NO. 1:13-MJ-00163-1-TAB** |

## ORDER APPOINTING CJA COUNSEL

The Defendant has testified under oath or otherwise satisfied this Court that the Defendant (1) is financially unable to employ counsel and (2) does not wish to waive the right to counsel. In the interests of justice the Court now finds that the Defendant is indigent; therefore,

The Court under the authority of the Criminal Justice Act, hereby appoints Kenneth L Riggins as counsel to represent the Defendant during the pendency of this matter. Such appointment shall be deemed effective as of February 06, 2013.

IT IS SO ORDERED.

**Signature Date :** _____

**Copies to :**

Counsel of Record

1